[No. 35976-2-I.    Division One.    May 12, 1997.]

*In the Matter of the Marriage of* MARILYN D. SMITH,
*Respondent,* and JAMES L. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 93-3-07874-2, Carol A. Schapira, J., entered
January 6, 1995. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Kennedy, A.C.J., and Elling-
ton, J.

[No. 35995-9-I.    Division One.    May 12, 1997.]

AXTHELM & SWETT CONSTRUCTION, INC., *Respondent,*
v. JAMES R. CAUDILL, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Skag-
it County, No. 93-2-00418-7, George E. McIntosh, J.,
entered November 28, 1994. *Affirmed* by unpublished
opinion per Webster, J., concurred in by Kennedy, A.C.J.,
and Coleman, J.

[No. 35999-1-I.    Division One.    May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
CURRY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-1-02347-7, John M. Darrah, J., entered
February 10, 1995. *Dismissed* by unpublished per curiam
opinion.

[No. 37000-6-I.    Division One.    May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. GLENN D.
GARNER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00945-6, Liem E. Tuai, J., entered July
19, 1995. *Granted in part* and *denied in part* by unpub-
lished per curiam opinion.